IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| KURT ENGLISH, | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 2:21-cv-4230 |
| | ) | |
| WATLOW ELECTRIC | ) | |
| MANUFACTURING COMPANY, | ) | |
| | ) | |
| Defendants. | ) | |

## **<u>NOTICE OF REMOVAL</u>**

For its Notice of Removal, Defendant Watlow Electric Manufacturing Company

("Watlow") states as follows:

1.      Watlow exercises its rights under the provisions of 28 U.S.C. § 1441 *et seq*., 28

U.S.C. § 1446, and 28 U.S.C. § 1331, to remove this case from the Circuit Court of Boone County,

Missouri.

2.      On or about October 20, 2021, a civil action was filed in the 13th Judicial Circuit

Court of Boone County, Missouri under the name and style of *Kurt English v. Watlow Electric*

*Manufacturing Company*, Case No. 21BA-cv03499 ("Circuit Court Case").  A copy of the Circuit

Court Case file, including Plaintiff's Petition and the Summons, is attached hereto and

incorporated by reference as Exhibit A.

3.      Watlow was served with Plaintiff's Petition on November 3, 2021. Pursuant to 28

U.S.C. § 1446(b) and Federal Rule of Civil Procedure 6(a)(1)(C), this Notice of Removal is filed

within 30 days after service of the Petition on Watlow and is, therefore, timely.

4.      There are no co-defendants whose consent is required for removal.

1

**Removal is Proper Based on Federal Question Jurisdiction**

5.	Plaintiff's Petition asserts claims against Watlow for age discrimination and a hostile work environment based on his age in violation of the MHRA, § 213.055 RSMo. and the ADEA, 29 U.S.C.A. § 623. *See* Petition ¶ 16.

6.	Therefore, Plaintiff's claim for age discrimination arises under federal law and contains substantial federal questions necessary for its resolution.

7.	Pursuant to 28 U.S.C. § 1367, this Court has supplemental jurisdiction over Plaintiff's MHRA claim because it forms part of the same case or controversy as his claim invoking federal law.

8.	Because of this Court's original jurisdiction over Plaintiff's ADEA claim, removal of this action is proper pursuant to 28 U.S.C. § 1441(a) and (c).

9.	This Court may exercise supplemental jurisdiction over Plaintiff's remaining MHRA claim pursuant to 28 U.S.C. § 1367 and 28 U.S.C. § 1441(c).

**Venue**

10.	The United States District Court for the Western District of Missouri is the appropriate venue for removal of Plaintiff's Circuit Court Case pursuant to 28 U.S.C. § 1441(a), which permits any civil action brought in any state court in which the District Courts of the United States have original jurisdiction to be removed to the District Court of the United States for the district and division embracing the place where the state court action is pending.

**Compliance with Procedural Requirements**

11.	Watlow has given written notice of the filing of the Notice of Removal to Plaintiff and is filing a copy of this Notice of Removal with the Clerk of the Circuit Court of Boone County, Missouri.

2

12. Watlow reserves the right to amend or supplement this Notice of Removal.

13. By filing this Notice of Removal, Watlow does not waive any defenses that may be available to it.

WHEREFORE, Defendant Watlow Electric Manufacturing Company gives notice that this action is removed from the Circuit Court of Boone County, Missouri to the United States District Court for the Western District of Missouri, for the exercise of jurisdiction over this action, as though this action had originally been instituted in this Court.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: */s/ Robert J. Tomaso*
Robert J. Tomaso, MO #39780
190 Carondelet Plaza, Suite 600
Saint Louis, Missouri 63105
Telephone: (314) 480-1500
Facsimile: (314) 480-1505
bob.tomaso@huschblackwell.com

*Attorney for Defendant Watlow Electric Manufacturing Company*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned, an attorney, states that on December 3, 2021, he caused a copy of the foregoing document to be served via email and regular U.S. Mail, postage prepaid, to the following:

Matt Uhrig
Alexander Brown
Law Offices of Matt Uhrig, LLC
501 B South Henry Clay Boulevard
P.O. Box 640
Ashland, MO 65010
matt@muhriglaw.com
alexander@muhriglaw.com


*/s/ Robert J. Tomaso*

4